UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ELMER PLEASANT, JR.** | **CIVIL ACTION NO. 23-1061** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE ELIZABETH E. FOOTE** |
| **DISTRICT ATTORNEY'S OFFICE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Elmer Pleasant, Jr.'s claims are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state claims on which relief may be granted, and for seeking relief from a defendant immune from such relief.

SHREVEPORT, LOUISIANA, this 3rd day of JUNE, 2024.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE